IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| S.A.R.O., | : |
|     Petitioner, | : |
| v. | : Case No. 4:25-cv-2-CDL-AGH |
| | : 28 U.S.C. § 2241 |
| TERRENCE DICKERSON, | : |
|     Respondent. | : |

## ORDER

The Court received Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 on January 2, 2025 (ECF No. 1). Having initially reviewed Petitioner's application, the Court finds good cause to extend the time for a response. 28 U.S.C. § 2243. Accordingly, Respondents shall have twenty-one (21) days to file a comprehensive response to said application. Within fourteen (14) days thereafter, Petitioner should file any desired reply. The Court will consider whether to hold an evidentiary hearing once briefing is complete.

**SO ORDERED**, this 2nd day of January, 2025.

                                                  s/ *Amelia G. Helmick*
                                                UNITED STATES MAGISTRATE JUDGE